SILAS M. GRANT *vs.* BOSTON & MAINE RAILROAD.

GEORGE A. TILTON *vs.* BOSTON & MAINE RAILROAD.

STEPHEN J. HATCH *vs.* BOSTON & MAINE RAILROAD.

FREEMAN H. PENNEY *vs.* BOSTON & MAINE RAILROAD.

York County. · Decided August 30, 1915. At the Portland term, 1915, of the Law Court, the following entry was made on the docket in each of the above named cases; "Transcript of evidence to be filed within 30 days, or motion for a new trial overruled for want of prosecution."

It having been made to appear that no transcript was filed within said thirty days, the entry will be, in each case, motion overruled for want of prosecution. *E. P. Spinney,* for plaintiffs. *G. C. Yeaton, and Emery & Waterhouse,* for defendant.